Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
Email: alina@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

*Attorneys for Plaintiff Gary Miller*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLER, an individual,<br><br>Plaintiff,<br>vs.<br><br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br><br>Defendants. | **Case. No.: 2:19-cv-00601-JAD-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND AND DEFENDANTS TO REPLY TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: April 9, 2019<br><br>FAC filed: September 25, 2019 |

Pursuant to LR IA 6-1, Plaintiff, Gary Miller and Defendants, Nye County and Deputy John Tolle, by and through their respective counsel of record, submit this Stipulation and Order to

Extend Time for Plaintiff to Respond and Defendants to Reply to Defendants' Motion to Dismiss (ECF No. 18) filed on November 6, 2019.  Plaintiff requests an additional 14-days, from November 20, 2019 to December 4, 2019, to file his response.  The reason for this request is to allow Plaintiff additional time to consider the numerous legal issues set forth in the Motion to Dismiss and prepare his Opposition.  Defendants also request a corresponding extension until December 23, 2019 to file their reply to accommodate Defendants' counsel's trial schedule.

This is the first stipulation for extension of time for time for Plaintiff to respond to Defendants' Motion to Dismiss and for Defendants to file a reply.  This stipulation is made in good faith and will not prejudice any party.

| NAYLOR & BRASTER | MARQUIS AURBACH COFFING |
|---|---|
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster, NV Bar No. 9982 <br> Andrew J. Sharples, NV Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 | By: */s/ James A. Beckstrom* <br> Craig R. Anderson, NV Bar No. 6882 <br> James A. Beckstrom, NV Bar No. 14032 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 |
| Margaret A. McLetchie, NV Bar No.10931 <br> Alina M. Shell, NV Bar No. 11711 <br> MCLETCHIE LAW <br> 701 East Bridger Avenue, Suite 520 <br> Las Vegas, NV 89101 | *Attorneys for Defendants Nye County and Deputy John Tolle* |

*Attorneys for Plaintiff Gary Miller*

## ORDER

IT IS SO ORDERED that Plaintiff's time to respond to Defendant's Motion to Dismiss (ECF No. 18) is extended 14-days, from November 20, 2019 to December 4, 2019.

IT IS FURTHER ORDERED Defendants' time to file their Reply in Support of the Motion to Dismiss is extended to December 23, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 18, 2019.