Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
Email: alina@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

*Attorneys for Plaintiff Gary Miller*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY MILLER, an individual,<br><br>Plaintiff,<br>vs.<br><br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br><br>Defendants. | **Case. No.: 2:19-cv-00601-JAD-DJA**<br><br>**STIPULATION AND ORDER TO STAY CASE AND REQUEST FOR SETTLEMENT CONFERENCE**<br><br>ECF No. 25 |

Plaintiff GARY MILLER, and Defendants NYE COUNTY, and DEPUTY JOHN TOLLE, by and through their respective counsel of record, hereby stipulate to the following:

/ / /

/ / /

/ / /

1

1. The Parties hereby agree and stipulate to attend a settlement conference with an assigned Magistrate Judge, other than the currently assigned Magistrate Judge Daniel J. Albregts, in accordance with this Court's referral, and request that the Court order that a settlement conference be conducted.

2. The Parties also hereby agree and stipulate to stay discovery and the other deadlines set forth in the operative Order setting dates for this matter (ECF No. 11) until such time as the parties conclude the proposed settlement conference.

3. The stay of discovery and other deadlines will allow the parties to explore the possibility of settlement through a settlement conference, without incurring the time and expense of full-blown discovery prior to the settlement conference. To date, the parties have engaged in written discovery and document productions.

4. Within fifteen (15) days after completion of the settlement conference, if it is not successful, the parties will submit new discovery deadlines, including the discovery cutoff deadline (providing ample time to complete written discovery and depositions), deadline for filing dispositive motions, and the deadline for filing the Joint Pretrial Order. The applicable dates will be extended for the commensurate time period that they were stayed.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. The Parties hereby agree and request that this Court refer the instant matter to a Magistrate Judge, other than the currently assigned Magistrate Judge, Daniel J. Albregts, for a settlement conference.

**IT IS SO STIPULATED.**

DATED this the 24th day of January, 2020.    DATED this the 24th day of January, 2020.

**MCLETCHIE LAW**    **MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*    */s/ James A. Beckstrom*
Margaret A. McLetchie, NV Bar No.10931    Craig R. Anderson, NV Bar No. 6882
Alina M. Shell, NV Bar No. 11711    James A. Beckstrom, NV Bar No. 14032
MCLETCHIE LAW    10001 Park Run Drive
701 East Bridger Avenue, Suite 520    Las Vegas, Nevada 89145
Las Vegas, NV 89101

*Attorneys for Defendants Nye County and Deputy John Tolle*

Jennifer L. Braster, NV Bar No. 9982
Andrew J. Sharples, NV Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff Gary Miller*

**IT IS SO ORDERED**

This case is referred to a magistrate judge **other than Magistrate Judge Albregts** to schedule a mandatory settlement conference, and this case is **STAYED**. If the case does not resolve at the settlement conference, the parties will have 15 days after the settlement conference to submit a proposed scheduling order consistent with the terms of this stipulation.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 29, 2020

3