Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
Email: alina@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

*Attorneys for Plaintiff Gary Miller*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLER, an individual,<br>　　　　Plaintiff,<br>　　vs.<br><br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br>　　　　Defendants. | **Case. No.: 2:19-cv-00601-JAD-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)**　　[ECF No. 37] |

Plaintiff GARY MILLER, and Defendants NYE COUNTY, and DEPUTY JOHN TOLLE, by and through their respective counsel of record, hereby stipulate to the following:

　　1.　　The Parties hereby agree and stipulate to that Plaintiff GARY MILLER shall have an additional ten (10) days to file his Response to Defendants' Partial Motion to

1

Dismiss Second Amended Complaint (ECF No. 36) filed on November 6, 2020.

2. The current Response deadline is November 20, 2020 and the requested extension would make the new deadline be November 30, 2020.

3. Parties have been participating in depositions in this matter and the requested additional time to is ensure proper representation of client's interests.

4. This is the first stipulation for an extension of time in this matter.

5. This request is made in good faith and is not sought any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this the 19th day of November, 2020.    DATED this the 19th day of November, 2020.

**MCLETCHIE LAW**                               **MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*                     */s/ James A. Beckstrom*
Margaret A. McLetchie, NV Bar No.10931          Craig R. Anderson, NV Bar No. 6882
Alina M. Shell, NV Bar No. 11711                James A. Beckstrom, NV Bar No. 14032
701 East Bridger Avenue, Suite 520              10001 Park Run Drive
Las Vegas, NV 89101                             Las Vegas, Nevada 89145
    and
NAYLOR & BRASTER                                *Attorneys for Defendants Nye County and*
Jennifer L. Braster, NV Bar No. 9982            *Deputy John Tolle*
Andrew J. Sharples, NV Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff Gary Miller*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey

DATED: November 20, 2020

2