Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
Email: alina@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

*Attorneys for Plaintiff Gary Miller*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLER, an individual,<br>          Plaintiff,<br>     vs.<br><br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br>          Defendants. | **Case. No.: 2:19-cv-00601-JAD-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(Second Request)**     ECF No. 39 |

Plaintiff GARY MILLER, and Defendants NYE COUNTY, and DEPUTY JOHN TOLLE, by and through their respective counsel of record, hereby stipulate to the following:

1.      The Parties hereby agree and stipulate to that Plaintiff GARY MILLER shall have an additional two (2) days to file his Response to Defendants' Partial Motion to Dismiss Second Amended Complaint (ECF No. 36) filed on November 6, 2020.

2. The current Response deadline is November 30, 2020 (*see* ECF No. 38) and the requested extension would make the new deadline be December 2, 2020.

3. Lead counsel for Plaintiff has conflicting deadlines, such as Replies in support of Motion for Temporary Restraining Order and/or Preliminary Injunction in *Downes-Covington v. Las Vegas Metropolitan Police Department*, Case No. 2:20-cv-01790-GMN-DJA, due on November 30, 2020. This briefing scheduled was just ordered on November 19, 2020 (*see* Case No. 2:20-cv-01790-GMN-DJA, ECF No. 22), which counsel for Plaintiff learned of after the first request for an extension was submitted. (ECF No. 37.)

4. Counsel for Plaintiff also has a Reply in support of second supplemental opening brief *in Las Vegas Review-Journal, Inc. v. Las Vegas Metropolitan Police Department*, Case No. A-20-809924-W, due on November 30, 2020 and an Opposition to Motion for Stay on an Order Shortening Time in *Las Vegas Review-Journal v. Clark County Coroner's Office*, Case No. A-17-758501-W, also due on November 30, 2020. Both of these deadlines only arose recently, shortly before the Thanksgiving holiday and after the prior request was submitted.[1]

5. Counsel for Plaintiff also has eight status reports due on November 30, 2020 *in In Re: HCV Prison Litigation*, Case No. 3:19-cv-00577-MMD-CLB.

6. The Parties will be participating in a Fed. R. Civ. P. 30(b)(6) deposition in this matter on December 1, 2020.

7. This is the second stipulation for an extension of time in this matter and the requested additional time to is ensure proper representation of client's interests and quality briefing.

/ / /

/ / /

---

[1] While the attorneys worked over the holidays and holiday weekend, McLetchie Law was closed on Thursday and Friday of last week.

2

8.     This request is made in good faith and is not sought any improper purpose or for the purpose of delay.

    **IT IS SO STIPULATED.**

DATED this the 30th day of November, 2020.   DATED this the 30th day of November, 2020.

| **MCLETCHIE LAW** | **MARQUIS AURBACH COFFING** |
|---|---|
| /s/ Margaret A. McLetchie | /s/ James A. Beckstrom |
| Margaret A. McLetchie, NV Bar No.10931<br>Alina M. Shell, NV Bar No. 11711<br>701 East Bridger Avenue, Suite 520<br>Las Vegas, NV 89101<br>and<br>**NAYLOR & BRASTER**<br>Jennifer L. Braster, NV Bar No. 9982<br>Andrew J. Sharples, NV Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Plaintiff Gary Miller* | Craig R. Anderson, NV Bar No. 6882<br>James A. Beckstrom, NV Bar No. 14032<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Defendants Nye County and Deputy John Tolle* |

## ORDER

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 30, 2020

3