Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
Email: alina@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

*Attorneys for Plaintiff Gary Miller*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLER, an individual,<br><br>        Plaintiff,<br>   vs.<br><br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br><br>        Defendants. | Case. No.: 2:19-cv-00601-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)**<br><br>Complaint filed: April 9, 2019<br><br>FAC filed: September 25, 2019 |

     Pursuant to LR IA 6-1, Plaintiff, Gary Miller and Defendants, Nye County and Deputy John Tolle, by and through their respective counsel of record, submit this Stipulation and Order to Extend Dispositive Motion Deadline. The parties respectfully request the dispositive motion deadline be extended by two (2) weeks.

1   Currently the dispositive motion deadline is February 16, 2021. (ECF No. 45). The parties respectfully request the dispositive motion deadline be extended until March 2, 2021. Similarly, the parties hereby request that the last day to file a Joint Pretrial Order shall be extended for two (2) weeks or until April 1, 2021. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or upon further Order by the Court extending the time period in which to file the Joint Pretrial Order.

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. Due to extenuating circumstances, including several court-ordered deadlines, Plaintiff's counsel respectfully requested a 2-week extension, and Defendant's counsel agreed.

Further, the parties believe that dispositive motions may resolve issues related in the case, such as the same will not be required to proceed to a jury and will conserve judicial resources.

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. Trial in this matter has not yet been set. Moreover, since this request is a joint request, neither party will be prejudiced.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to prepare dispositive motions in this case and adequately prepare their respective cases for trial to the extent the dispositive motions do not resolve all of the claims.

This is the second request for extension of the dispositive motion deadline in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

WHEREFORE, the parties respectfully request that this Court extend the deadline to file dispositive motions in the above-captioned case two (2) weeks, up to and including March 2, 2021 and the other dates as outlined in accordance with the table above.

| NAYLOR & BRASTER | MARQUIS AURBACH COFFING |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster, NV Bar No. 9982<br>Andrew J. Sharples, NV Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: */s/ James A. Beckstrom*<br>Craig R. Anderson, NV Bar No. 6882<br>James A. Beckstrom, NV Bar No. 14032<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 |
| Margaret A. McLetchie, NV Bar No.10931<br>Alina M. Shell, NV Bar No. 11711<br>MCLETCHIE LAW<br>701 East Bridger Avenue, Suite 520<br>Las Vegas, NV 89101 | *Attorneys for Defendants Nye County and Deputy John Tolle* |

*Attorneys for Plaintiff Gary Miller*

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

3 of 3