**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
canderson@maclaw.com
jbeckstrom@maclaw.com
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY MILLER. an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NYE COUNTY. Nevada. a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer,<br><br>　　　　　　　　Defendants. | Case Number:<br>2:19-cv-00601-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO MOTIONS FOR SUMMARY JUDGMENT [ECF #48 & #51]**<br><br>*(First Request)*<br><br>ECF No. 57 |

　　　　Defendants Nye County and Deputy John Tolle (collectively "Nye County Defendants", and Plaintiff Gary Miller, by and through their respective counsel of record, hereby stipulate to the following:

　　　　1.　　The Parties hereby stipulate and agree that they shall have an additional fifteen (15) days to file their Oppositions to the Motions for Summary Judgment [ECF No. 48 and No. 51].

　　　　2.　　Defendants filed their Motion for Summary Judgment on March 2, 2021 (ECF No. 48) and Plaintiff filed his Motion for Partial Summary Judgment on March 2, 2021 (ECF No. 51).

　　　　3.　　The current deadline to Respond to both Motions for Summary Judgment is March 23, 2021 and the requested extension would make the new deadline April 7, 2021.

4. This extension is the first request and is made in good faith and is not for the purpose of delay but to facilitate the work schedule of counsel.

IT IS SO STIPULATED.

Dated this 18th day of March, 2021.

**MARQUIS AURBACH COFFING**

By: */s/ James A. Beckstrom*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
James A. Beckstrom, Esq.
Nevada Bar No. 14032
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

Dated this 18th day of March, 2021.

**NAYLOR & BRASTER**

By: */s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Alina M. Shell, Esq.
Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Ste. 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 23, 2021