Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com; alina@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com; asharples@nblawnv.com

*Attorneys for Plaintiff Gary Miller*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLER, an individual,<br>　　　　　Plaintiff,<br>　vs.<br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br>　　　　　Defendants. | **Case. No.: 2:19-cv-00601-JAD-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 51]**<br>**(Second Request)**<br><br>[ECF No. 66] |

　　　Plaintiff GARY MILLER, and Defendants NYE COUNTY, and DEPUTY JOHN TOLLE, by and through their respective counsel of record, hereby stipulate to the following:

　　　1.　　The Parties hereby agree and stipulate to that Plaintiff GARY MILLER shall have an additional two (2) days to file his Reply to Defendants' Response (ECF No. 60) to Motion for Partial Summary Judgment (ECF No. 51) filed on April 6, 2021.

　　　2.　　The current Reply deadline is April 27, 2021 (*see* ECF No. 64) and the requested extension would make the new deadline be April 29, 2021.

1

3.	This extension of time is necessary to because lead counsel for Plaintiff is out of the office due to personal illness.

4.	This is the second stipulation for an extension of time in this matter and the requested additional time to is ensure proper representation of the Parties' interests and quality briefing.

5.	This request is made in good faith and is not sought any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this the 26th day of April, 2021.                    DATED this the 26th day of April, 2021.

**MCLETCHIE LAW**                                                              **MARQUIS AURBACH COFFING**

/s/ Margaret A. McLetchie                                              /s/ James A. Beckstrom
Margaret A. McLetchie, NV Bar No.10931        Craig R. Anderson, NV Bar No. 6882
Alina M. Shell, NV Bar No. 11711                       James A. Beckstrom, NV Bar No. 14032
701 East Bridger Avenue, Suite 520                  10001 Park Run Drive
Las Vegas, NV 89101                                              Las Vegas, Nevada 89145
        and                                                                           *Attorneys for Defendants Nye County and*
**NAYLOR & BRASTER**                                                  *Deputy John Tolle*
Jennifer L. Braster, NV Bar No. 9982
Andrew J. Sharples, NV Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Plaintiff Gary Miller*

**ORDER**
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 26, 2021

2