MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com

JENNIFER L. BRASTER, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000; Fax: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiff Gary Miller*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLER, an individual,<br>    Plaintiff,<br><br>vs.<br><br>NYE COUNTY, Nevada, a political subdivision of the State of Nevada and doing business as the Nye County Sheriff's Office and Nye County Animal Control; and DEPUTY JOHN TOLLE, individually and in his official capacity as a Nye County Police Officer;<br>    Defendants. | Case. No.: 2:19-cv-00601-JAD-DJA<br><br>**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FOR SERVICE LIST** |

   Plaintiff GARY MILLER, by and through his attorney of record, Margaret A. McLetchie, of the law firm McLetchie Law, hereby requests that Alina M. Shell be removed from the list of counsel to be notified. Ms. Shell is no longer with the law firm McLetchie Law.

   DATED this 22nd day of September, 2021.

                            */s/ Margaret A. McLetchie*
                            MARGARET A. MCLETCHIE, Nevada Bar No. 10931
                            **MCLETCHIE LAW**
                            *Counsel for Plaintiff Gary Miller*

**IT IS SO ORDERED**.

DATED: September 22, 2021

_____
United States Magistrate Judge

1